THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES VARELLI, Appellant.

Submitted November 17, 1952; decided November 25, 1952.

Motion for reargument denied. [See 302 N. Y. 641.]